# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| In re Jose A. COSSIO, Jr. | ) | Misc. Dkt. No. 2025-03 |
| *Petitioner* | ) | |
| | ) | |
| | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| | ) | Special Panel |

On 24 March 2025, this court received a "Petition for Extraordinary Relief in the Nature of a Writ of Error Coram Nobis," filed *pro se*, in the above-styled case. The petition was docketed with this court on 7 April 2025.

Petitioner requests this court: (1) identify the members of the special panel which denied a petition he previously filed with this court, *In re Cossio*, Misc. Dkt. No. 2021-04, 2021 CCA LEXIS 696 (A.F. Ct. Crim. App. 20 Dec. 2021) (unpub. order);[*] (2) determine whether any members of that special panel should have recused themselves from participation in ruling on the earlier petition "due to prior involvement in [Petitioner's] cases;" and (3) if so, determine "whether a new panel should be constructed to hear Petitioner's challenge" to his conviction in light of *Van Buren v. United States*, 593 U.S. 374 (2021).

We have carefully considered the instant petition and its attachments and find Petitioner fails to demonstrate his clear and indisputable right to relief under the well-established threshold requirements for writs of coram nobis. *See Denedo v. United States*, 66 M.J. 114, 126–27 (C.A.A.F. 2008) (citations omitted), *aff'd and remanded*, 556 U.S. 904 (2009); *United States v. Chapman*, 75 M.J. 598, 601 (A.F. Ct. Crim. App. 2016) (citing *Denedo*). We further conclude the petition warrants no further discussion nor relief. *See United States v. Matias*, 25 M.J. 356, 361 (C.M.A. 1987).

Accordingly, it is by the court on this 11th day of April, 2025,

**ORDERED:**

---

[*] See this court's 20 December 2021 order for a summary of Petitioner's court-martial conviction and its lengthy history before the military appellate courts.

*In re Cossio*, Misc. Dkt. No. 2025-03

The "Petition for Extraordinary Relief in the Nature of a Writ of Error Coram Nobis" is hereby **DENIED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court